# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR:  Jesse Faxas          JOINT DEBTOR:                           CASE NO.:

Last Four Digits of SS# _____     Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.     $1,713.47 for months  1  to  60 ;in order to pay the following creditors:

Administrative: Attorney's Fee - $3,500.00 +$150.00 (costs)=$3,650.00 TOTAL PAID $ 2,500.00
               Balance Due     $1,150.00 payable $ 115.00/month  (Months  1  to  10 )

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  NONE                              Arrearage on Petition Date   $
Address:                              Arrears Payment    $_____/month (Months _____ to _____)
                                      Regular Payment    $_____/month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| NONE | $ | % | $ | _____ To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                     Total Due $
                            Payable            $_____/month (Months____ to ___) Regular Payment $

Unsecured Creditors: Pay $1,427.12 /month (Months 1  to  10 ); Pay $1,542.12/month (Months 11 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is paying PNC Mortgage, Bank of America, Lake Park Condominium, Inc., Fifth Third Bank, Capital One Finance and Cocowood Condominium Association directly outside the Chapter 13 Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq.
Debtor                                              Joint Debtor
Date: 5/9/2013                                      Date:

LF-31 (rev. 01/08/10)